**Fill in this information to identify the case:**

Debtor 1    Lynn R Miner

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio

Case number  1956108

## Official Form 410S1
# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** wells fargo bank, n.a.

**Court claim no.** (if known): 3-1

**Date of payment change:**
Must be at least 21 days after date of this notice    06/01/2021

**New total payment:**
Principal, interest, and escrow, if any    $749.66

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 8 6

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** 3.87500%     **New interest rate:** 3.50000%

   **Current principal and interest payment:** $ 581.16     **New principal and interest payment:** $ 576.52

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Jeremy Anthony
Signature

Date 04/14/2021

Print: Anthony, Jeremy
      First Name   Middle Name   Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
         Number    Street
         1000 Blue Gentian Road
         Address 2
         Eagan                           MN        55121-7700
         City                            State     ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

Chapter 13 No. 1956108
Judge: John E. Hoffman Jr.

In re:

Lynn R Miner

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 15, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:	By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Lynn R Miner
355 McKell Rd.

Chillicothe OH 45601

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:	By Court's CM/ECF system registered email address

Karrie Mae Southern
Karrie Mae Southern Law Office, LLC
253 South Paint Street Suite E

Chillicothe OH 45601-3832

By Court's CM/ECF system registered email address

N/A

Trustee:	By Court's CM/ECF system registered email address

Faye D. English
Chapter 13 Trustee
10 West Broad Street Suite 1600

Columbus OH 43215-3419

/s/Jeremy Anthony

VP Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**
**RETURN MAIL OPERATIONS**
**PO BOX 14472**
**DES MOINES, IA 50306**

LYNN R MINER
355 MCKELL RD
CHILLICOTHE, OH 45601

| Account Information | |
|---|---|
| **Telephone:** | (866)-234-8271 |
| **Fax:** | (866) 278-1179 |
| **Correspondence:** | PO Box 10335 |
| | Des Moines, IA 50306 |
| **Hours of Operation:** | Mon – Fri, 6 a.m. – 10 p.m. CT |
| | Sat, 8 a.m. - 2 p.m., CT |
| **Loan Number:** | |
| **Property Address:** | 355  MCKELL RD |
| | CHILLICOTHE OH 45601 |

March 18, 2021

## Payment Change Notice
### Changes to Your Mortgage Interest Rate and Payments Due on June 1, 2021.

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a six month period during which your interest rate stayed the same.  That period ends on 5/1/2021, so on that date your interest rate changes.  After that, your interest rate may change every six months for the rest of your loan term.

| | Current Interest Rate And Monthly Payment | New Interest Rate And Monthly Payment |
|---|---|---|
| Interest Rate | **3.87500%** | **3.50000%** |
| Principal and Interest | $581.16 | $576.52 |
| Escrow | $173.14 | $173.14 |
| **Total Monthly Payment** | $754.30 | $749.66 **(Due June 1, 2021)** |

**Interest Rate:**  We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin".  We round the result of this addition to the nearest one eighth of one percentage point (0.12500%).  Under your loan agreement, your index rate is 3.25000% and your margin is 0.13000%.  Your "Prime Rate; The Last Business Day Of The Month" index is published monthly by the Wall Street Journal.

**Interest Rate Limits:**   Your Interest rate cannot go higher than 14.38000% during the life of the loan.  Your interest rate cannot go lower than 3.50000% during the life of the loan.  Your interest rate can increase on this Change Date by no more than 1.00000%.  Your interest rate can decrease on this Change Date by no more than 1.00000%.

© 2020 Wells Fargo Bank, N.A. All rights reserved.

AR153  708

**WELLS FARGO**

| Account Information | |
|---|---|
| Loan Number: | |
| Property Address: | 355  MCKELL RD<br>CHILLICOTHE OH 45601 |

**Payment Change Notice**

**Changes to Your Mortgage Interest Rate and Payments Due on June 1, 2021.**

**New Interest Rate and Payment:**  The table above shows your new interest rate and new monthly payment.   Your new payment is based on the "Prime Rate; The Last Business Day Of The Month" index, your margin, a projected loan balance of $34,566.50, and a remaining loan term of 66 months.  Your current loan balance may be greater than the amount projected in this notice. Refer to your billing statement for your outstanding unpaid loan balance.

**Note:** Payment change limitations may not apply on certain payment change dates. Please refer to your loan documents for information regarding the limit to the amount that your payment may change and when this limit doesn't apply.

**Prepayment Penalty:**  None.

If you have questions or concerns about your upcoming change, please call us at the number listed in the account information box.

Sincerely,

Keeper K Christensen
Loan Administration Manager
Wells Fargo Home Mortgage

© 2020 Wells Fargo Bank, N.A. All rights reserved.

AR153  708